**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** Marie Lissa Charles aka Lissa Marie Charles | **BK NO. 22-02309 MJC** |
| **Debtor(s)** | **Chapter 13** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of New Residential Mortgage Loan Trust 2018-1 and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Michael Farrington*
                                       Michael Farrington
                                       05 Jan 2023, 10:43:01, EST

                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       215-627-1322