United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-02309-MJC
Marie Lissa Charles  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 09, 2023     Form ID: ntcnfhrg     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Lissa Charles, 2032 Skyview Terrace, Tobyhanna, PA 18466-3697 |
| 5508825 | + | Nicholas Charles Haros, Esq., 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5508828 | + | Progressive Specialty Ins. Co., 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 5508830 | + | Weltman Weinberg & Reis Co., L.P.A., 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5508821 | | Email/Text: COLLECTIONCLERK1@APCPPOA.COM | Jan 09 2023 18:43:00 | A Pocono Country Place POA, 112 Recreation Drive, Tobyhanna, PA 18466 |
| 5508822 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 09 2023 18:44:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 5508823 | ^ | MEBN | Jan 09 2023 18:40:00 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 5508824 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 09 2023 18:43:00 | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 5508826 | | Email/PDF: cbp@onemainfinancial.com | Jan 09 2023 18:45:45 | One Main Financial, 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 5512338 | + | Email/PDF: cbp@onemainfinancial.com | Jan 09 2023 18:45:45 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5509966 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2023 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5508827 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 09 2023 18:43:00 | Progressive Insurance, 6300 Wilson Mills Road, Box W33, Mayfield Village, OH 44143-2182 |
| 5508829 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2023 18:44:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 mfarrington@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Marie Lissa Charles donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Marie Lissa Charles,<br>aka Lissa Marie Charles,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:22−bk−02309−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 9, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 16, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 9, 2023 |

ntcnfhrg (08/21)