IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  MARIE LISSA CHARLES : 5:22-bk-02309-MJC
: Chapter 13
:
　　　　Debtor :

**OBJECTION FILED BY A POCONO COUNTRY PLACE PROPERTY OWNERS ASSOCIATION TO CONFIRMATION OF CHAPTER 13 PLAN**

Now comes A Pocono Country Place Property Owners Association, Inc. (the "Association") and objects to confirmation of the above Debtor's Chapter 13 plan, and in support thereof avers:

1. The plan cannot be confirmed since it fails to comply with 11 U.S.C. §1322, 11 U.S.C. §1325(a)(1), 11 U.S.C. §1325(a)(5)(B), L.B.R. 3015-4, for the reason that the Debtor has failed to properly take into consideration the Association's full secured claim.

2. The Association has a security interest in the amount of $39,43.52 in Debtor's real property located in the A Pocono Country Place planned community, Coolbaugh Township, Monroe County, PA, via a statutory lien created pursuant to the Uniform Planned Community Act ("UPCA"), 68 Pa.C.S.A. § 5315.

3. Debtor's plan, however, proposes to only pay $6,000.00 to the Association for its secured claim.

4. The UPCA provides as follows: "(e) Limitation of actions. A lien for unpaid assessments is extinguished unless proceedings to enforce the lien or actions or suits to recover sums for which subsection (a) establishes a lien are instituted within four years after the assessments become payable." Id.

5. In this case, the Association instituted actions to recover sums for which the statutory lien was established by filing collection cases against the Debtor on June 18, 2018, with the Monroe County Court of Common Pleas at Docket No. 4412 CV 2018.

6. Accordingly, the Association's lien covers all of the amounts set forth on in its Proof of Claim and Exhibit A.

WHEREFORE, the Plan should be amended to include the full amount of the Association's pre-petition UPCA lien.

YOUNG & HAROS, LLC

/s/ NICHOLAS CHARLES HAROS, ESQ
NICHOLAS CHARLES HAROS, ESQ.
Attorney I.D. No. 76195
802 Main St.
Stroudsburg PA 18360-1602
(570) 424-9800
nharos@eastpennlaw.com

Attorneys for A Pocono Country Place Property Owners Association

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: **MARIE LISSA CHARLES** : **5:22-bk-02309-MJC**
: Chapter 13
:
Debtor :

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2023, I electronically filed the foregoing Objection with the Clerk of the Court and served said Objection upon all counsel of record via the Court's electronic filing system:

Michael Patrick Farrington on behalf of Creditor New Residential Mortgage Loan Trust 2018-1
mfarrington@kmllawgroup.com

Timothy B. Fisher, II on behalf of Debtor 1 Marie Lissa Charles
donna.kau@pocono-lawyers.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
TWecf@pamd13trustee.com

                                                YOUNG & HAROS, LLC

                                                /s/ NICHOLAS CHARLES HAROS, ESQ
                                                NICHOLAS CHARLES HAROS, ESQ.