IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Marie Lissa Charles aka Lissa Marie Charles<br>**Debtor(s)**<br><br>**New Residential Mortgage Loan Trust 2018-1**<br>**Movant**<br>vs.<br><br>**Marie Lissa Charles aka Lissa Marie Charles**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | BK NO. 22-02309 MJC<br><br>Chapter 13<br><br>Related to Claim No. n/a |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 07, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Marie Lissa Charles aka Lissa Marie Charles
2032 Skyview Terrace
Tobyhanna, PA 18466

Attorney for Debtor(s)
Timothy B. Fisher, II
Fisher and Fisher Law Offices
PO Box 396, 525 Main Street
Gouldsboro, PA 18424

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: February 07, 2023

/s/ **Michael P. Farrington**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com