**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| | | |
|---|---|---|
| In re | **Marie Lissa Charles** | Case No. **5:22-bk-02309** |
| | Debtor(s) | Chapter **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **April 6, 2023**, a copy of **Notice of Amended Chapter 13 Bankrupty case and copy of 1st Amended Chapter 13 Plan** was served electronically or by regular United States mail to the creditors/lienholders listed below.

**ONE MAIN FINANCIAL OF PENNSYLVANIA, INC.**
601 NW 2nd Street
Evansville, IN 47708,
ATTN: Douglas Shulman
Chairman & Chief Executive Officer

**PROGRESSIVE SPECIALITY INSURANCE CO.**
6300 Wilson Mills Rd Cleveland, OH, 44143-2182
ATTN: Geoffrey Thomas Souser, President

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979