United States Bankruptcy Court
Middle District of Pennsylvania

In re **Marie Lissa Charles**
Debtor(s)

Case No. **5:22-bk-02309**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, a copy of **Order Confirming 1st Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**

| Label Matrix for local noticing<br>0314-5<br>Case 5:22-bk-02309-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Mon May 22 10:13:07 EDT 2023 | A Pocono Country Place Property Owners Assoc<br>c/o Nicholas Charles Haros, Esq.<br>Young & Haros, LLC<br>802 Main Street<br>Stroudsburg, PA 18360-1602 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
|---|---|---|
| (p)A POCONO COUNTRY PLACE POA<br>ATTN A POCONO COUNTRY PLACE POA<br>112 RECREATION DRIVE<br>TOBYHANNA PA 18466-9599 | A Pocono Country Place Property Owners Assoc<br>c/o Young & Haros LLC<br>802 Main Street<br>Stroudsburg, PA 18360-1602 | Credit Collection Service<br>PO Box 607<br>Norwood, MA 02062-0607 |
| KML Law Group, P.C.<br>Ste 5000 - BNY Independence Center<br>701 Market St<br>Philadelphia, PA 19106-1541 | Mr. Cooper<br>8950 Cypress Water Blvd.<br>Coppell, TX 75019-4620 | New Residential Mortgage Loan Trust 2018-1<br>c/o Nationstar Mortgage LLC<br>Attn: Bankruptcy Department<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Nicholas Charles Haros, Esq.<br>802 Main Street<br>Stroudsburg, PA 18360-1602 | One Main Financial<br>601 N.W. Second Street<br>Evansville, IN 47708-1013 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Progressive Insurance<br>6300 Wilson Mills Road<br>Box W33<br>Mayfield Village, OH 44143-2182 | Progressive Specialty Ins. Co.<br>5920 Landerbrook Drive<br>Cleveland, OH 44124-6506 |
| Santander Consumer USA<br>PO Box 961211<br>Fort Worth, TX 76161-0211 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Weltman Weinberg & Reis Co., L.P.A.<br>170 S. Independence Mall W.<br>Suite 874W<br>Philadelphia, PA 19106-3334 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Marie Lissa Charles<br>2032 Skyview Terrace<br>Tobyhanna, PA 18466-3697 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| A Pocono Country Place POA<br>112 Recreation Drive<br>Tobyhanna, PA 18466 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |
|---|---|---|

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

Exhibit "A"