United States Bankruptcy Court
Middle District of Pennsylvania

| In re | **Marie Lissa Charles** | Case No. | **5:22-bk-02309** |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **May 22, 2023**, a copy of **Order Confirming Amended Chapter 13 Plan** was served electronically or by regular United States mail to the creditors/lienholders listed below.

**ONE MAIN FINANCIAL OF PENNSYLVANIA, INC.**
**601 NW 2nd Street**
**Evansville, IN 47708,**
**ATTN: Douglas Shulman**
**Chairman & Chief Executive Officer**

**PROGRESSIVE SPECIALITY INSURANCE CO.**
**6300 Wilson Mills Rd Cleveland, OH, 44143-2182**
**ATTN: Geoffrey Thomas Souser, President**

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**