# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Lissa Charles aka Lissa Marie Charles<br>Debtor(s) | CHAPTER 13 |
| New Residential Mortgage Loan Trust 2018-1<br>Movant<br>vs.<br>Marie Lissa Charles aka Lissa Marie Charles<br>Debtor(s) | NO. 22-02309 MJC |
| Jack N. Zaharopoulos<br>Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF CONCURRENCE

Both, Debtor(s) and Trustee have concurred with the request for relief in this Motion.

                                              Respectfully submitted,

                                              **/s/ Denise Carlon**
                                              Denise Carlon, Esquire
                                              Attorneys for Movant/Applicant