UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARIE LISSA CHARLES
AKA: LISSA MARIE CHARLES     CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant     CASE NO: 5-22-02309-MJC

MARIE LISSA CHARLES
AKA: LISSA MARIE CHARLES

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on June 26, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- voluntarily dismiss their case within 5 days of the stipulation date.
– pay arrears within 90 days.
- make the regular monthly payments to the trustee during the remaining term of the plan

    As of June 26, 2024, the Debtor(s) is/are $10514.48 in arrears a plan payment having last been made onmarch 4, 2024.

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Dated: June 26, 2024      Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARIE LISSA CHARLES
AKA: LISSA MARIE CHARLES  CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS  CASE NO: 5-22-02309-MJC
CHAPTER 13 TRUSTEE
    Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 26, 2024, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
TIMOTHY B. FISHER, II, ESQUIRE
P.O. BOX 396
GOULDSBORO PA 18424-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
MARIE LISSA CHARLES
2032 SKYVIEW TERRACE
TOBYHANNA PA 18466

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 26, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com