In re:  Case No. 22-02309-MJC

Marie Lissa Charles  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 03, 2024     Form ID: pdf010     Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Lissa Charles, 2032 Skyview Terrace, Tobyhanna, PA 18466-3697 |
| cr | + | A Pocono Country Place Property Owners Association, c/o Nicholas Charles Haros, Esq., Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360 US 18360-1602 |
| 5516223 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5508825 | + | Nicholas Charles Haros, Esq., 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5508830 | #+ | Weltman Weinberg & Reis Co., L.P.A., 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5508821 | | Email/Text: COLLECTIONCLERK1@APCPPOA.COM | Jul 03 2024 18:40:00 | A Pocono Country Place POA, 112 Recreation Drive, Tobyhanna, PA 18466 |
| 5508822 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 03 2024 18:46:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 5508823 | ^ | MEBN | Jul 03 2024 18:39:26 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 5508824 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2024 18:40:00 | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 5520846 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2024 18:40:00 | New Residential Mortgage Loan Trust 2018-1, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5508826 | | Email/PDF: cbp@omf.com | Jul 03 2024 18:45:39 | One Main Financial, 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 5512338 | + | Email/PDF: cbp@omf.com | Jul 03 2024 18:45:38 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5509966 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 03 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5508827 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 03 2024 18:40:00 | Progressive Insurance, 6300 Wilson Mills Road, Box W33, Mayfield Village, OH 44143-2182 |
| 5508828 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 03 2024 18:40:00 | Progressive Specialty Ins. Co., 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 5508829 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 03 2024 18:40:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Nicholas Charles Haros | on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Marie Lissa Charles donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MARIE LISSA CHARLES<br>AKA: LISSA MARIE CHARLES<br><br>Debtor 1 | Chapter: 13<br><br>Case No.: 5:22-02309-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>   vs.              Movant(s)<br><br>MARIE LISSA CHARLES<br>AKA: LISSA MARIE CHARLES<br>                 Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 48, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 3, 2024