UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MARIE LISSA CHARLES
AKA LISSA MARIE CHARLES        CHAPTER 13
         Debtor(s)

CASE NO: 5-22-02309MJC

## FUNDS REMITTED TO COURT

Please find hereto check number 9020376 in the amount of $13.97 representing unclaimed funds owed to Debtor(s), Marie Lissa Charles. The Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | MARIE LISSA CHARLES<br>2032 SKYVIEW TERRACE<br>TOBYHANNA, PA   18466 | $13.97 |

Dated: April 14, 2025

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: info@pamd13trustee.com